IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br> Defendants. | REDACTED – PUBLIC VERSION <br><br> C.A. No. 18-1529 (LPS) |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com
*Attorneys for Plaintiff*

Dated: April 5, 2019

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>      Defendants. | C.A. No. 18-1529 (LPS) |

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Pfizer Inc. ("Pfizer") and Defendants Sun Pharmaceutical Industries Limited and Sun Pharmaceutical Industries, Inc. (collectively "Sun") hereby stipulate, subject to the approval and order of the Court, as follows:

1. ■■■■■■■■■■■■■■■■■■■■■■■■

2.  ■■■■■■■■■■■■■■■■■■■■■■■■

3. All claims, defenses, and counterclaims brought in C.A. No. 18-1529 are dismissed without prejudice. *See* Fed. R. Civ. P. 41(a).

4. Any protective order entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

5. Each party bears its own costs, expenses and attorneys' fees.

6. The Court retains jurisdiction over Pfizer and Sun for the limited purpose of enforcing the terms of this Stipulation.

| | |
|---|---|
| */s/Megan E. Dellinger* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (No. 3362) |
| Megan E. Dellinger (#5739) | Karen E. Keller (No. 4489) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Nathan R. Hoeschen (No. 6232) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 298-0700 |
| mdellinger@mnat.com | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| *Attorneys for Plaintiff* | nhoeschen@shawkeller.com |
| | |
| OF COUNSEL: | *Attorneys for Defendants* |
| | |
| Aaron Stiefel | OF COUNSEL: |
| Daniel P. DiNapoli | Huiya Wu |
| Jeffrey Martin | Linnea Cipriano |
| Philip Smithback | GOODWIN PROCTER LLP |
| Stephanie Piper | The New York Times Building 620 |
| ARNOLD & PORTER KAYE SCHOLER LLP | Eighth Avenue |
| 250 West 55th Street | New York, NY 10018 |
| New York, NY  10019-9710 | (212) 813-8800 |
| (212) 836-8000 | |
| | Katherine M. Fahey |
| Soumitra Deka | GOODWIN PROCTER LLP |
| ARNOLD & PORTER KAYE SCHOLER LLP | 100 Northern Avenue |
| Three Embarcadero Center, 10th Floor | Boston, MA 02210 |
| San Francisco, CA 94111-4024 | (617) 570-1000 |
| (415) 471-3100 | |

April 5, 2019

**SO ORDERED** this _____ day of _____, 2019.

_____
CHIEF UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

    I, Karen E. Keller, hereby certify that on April 5, 2019, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT<br> & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mdellinger@mnat.com | Aaron Stiefel<br>Daniel P. DiNapoli<br>Jeffrey Martin<br>Philip Smithback<br>Stephanie Piper<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY  10019-9710<br>(212) 836-8000<br>aaron.stiefel@arnoldporter.com<br>daniel.dinapoli@arnoldporter.com<br>jeffrey.martin@arnoldporter.com<br>philip.smithback@arnoldporter.com<br>stephanie.piper@arnoldporter.com |
| Soumitra Deka<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center<br>San Francisco, CA  94111-4024<br>soumitra.deka@arnoldporter.com | |

                                              */s/ Karen E. Keller*
                                              John W. Shaw (No. 3362)
                                              Karen E. Keller (No. 4489)
                                              Nathan R. Hoeschen (No. 6232)
                                              SHAW KELLER LLP
                                              I.M. Pei Building
                                              1105 North Market Street, 12th Floor
                                              Wilmington, DE 19801
                                              (302) 298-0700
                                              jshaw@shawkeller.com
                                              kkeller@shawkeller.com
                                              nhoeschen@shawkeller.com
                                              *Attorneys for Defendants*